Entered on Docket
March 19, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2005-8
10-70442

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29938-bam |
| Shirley Craig Caudle | Date: 3/2/10<br>Time: 1:30pm |
| Debtor. | Chapter 7 |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
3  Secured Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT
4  2005-8, its assignees and/or successors in interest, of the subject property, generally described as 3683
5  Victory Avenue, Las Vegas, NV 89121, and legally described as follows:
6  
7  LOT ONE (1) IN BLOCK SIX (6), OF HERITAGE SQUARE SOUTH UNIT NO. 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 12 OF PLATS, PAGE 57 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
8  
9  DATED this _____ day of _____ 2010.
10 
11 Submitted by:
12 **WILDE & ASSOCIATES**
13 By: _____
   **Gregory L. Wilde, Esq.**
14 Attorney for Secured Creditor
   208 South Jones Boulevard
15 Las Vegas, Nevada 89107

16 APPROVED / DISAPPROVED
17 
   By:_____
18 Dawn M. Papaeliou
   3440 E. Russell Road, Ste 214
19 Las Vegas, NV 89120
   Attorney for Debtor(s)
20 
21 Nevada Bar No:_____

22 
   APPROVED / DISAPPROVED
23 
   By:_____
24 Lenard E Schwartzer
   2850 S. Jones Blvd. #1
25 Las Vegas, NV 89146
   Chapter 7 Trustee
26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor